**Order filed, October 24, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00830-CV

_____

**DONNIE HEINZEN, Appellant**

**V.**

**RANDOLPH WHITFORD, M.D., EYES OVER TEXAS EYE CARE P.A.,
MEMORIAL HERMANN HEALTH SYSTEM, INDIVIDUALLY AND
D/B/A MEMORIAL HERMANN KATY HOSPITAL, MEMORIAL
HERMANN KATY HOSPITAL, MIKAEL LUCAS, M.D., MIKAEL L.
LUCAS, M.D., P.L.L.C., SYED MADNI, M.D., ET AL, Appellee**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2017-33241**

## ORDER

The reporter's record in this case was due **October 23, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jennifer Philips**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM